### WILLIAMS et al. v. WALKER et al. (No. 7047.)

(Court of Civil Appeals of Texas. Austin. Oct. 27, 1926.)

**1. Appeal and error ⬅️767(1) — Appellant's brief filed more than 20 days before submission of cause was not stricken out (Rev. St. 1925, art. 2283).**

Appellant's brief, filed in Supreme Court and court below more than 20 days prior to submission of cause, was not stricken out; no irreparable injury being shown for failure to file earlier, as provided for in Rev. St. 1925, art. 2283.

**2. Appeal and error ⬅️393, 474.**

Supersedeas bond in less amount than required by Rev. St. 1925, art. 2270, *held* required to be increased by filed amended bond or be considered simply as cost bond.

Appeal from District Court, Caldwell County; M. C. Jeffrey, Judge.

Action between J. A. Williams and others, and G. C. Walker and others. From a judgment for the latter, the former appeal. On motion to strike out appellant's briefs and to dismiss the appeal for want of a proper supersedeas bond. Supersedeas bond ordered amended. Motion to strike out denied.

Geo. G. Clough and Lewis Fisher, both of Houston, Tex., for appellants.

E. B. Coopwood and Nye H. Clark, both of Lockhart, for appellees.

McCLENDON, C. J. Motion by appellees (1) to strike out appellants' brief because not filed in time required by R. S. 1925, art. 2283; and (2) to dismiss appeal because supersedeas bond not in double amount of judgment, principal, interest, and costs, as required by R. S. 1925, art. 2270.

[1] Appellants' brief was filed in this court and in the court below more than 20 days prior to submission of the cause, and for that reason will not be stricken out; no irreparable injury having been shown for failure to file earlier. See Mo., K. & T. R. Co. v. Jefferson (Tex. Civ. App.) 201 S. W. 211, and authorities there cited.

[2] The trial court's judgment was for $3,150.38 and costs made up of $2,828.89 principal and 6 per cent. interest thereon to date of judgment. The clerk fixed the amount of costs, including probable amount on appeal, at $200. At the date of the judgment therefore the amount thereof including interest and costs was $3,350.38. The bond is for $6,000, thus falling short of the amount the above article requires by $700.76. Appellants are hereby required to file in this court on or before November 15, 1926, an amended supersedeas bond, conditioned as required by law, with two or more good and sufficient sureties and approved by the clerk of the trial court, in a sum not less than $6,700.76. In default of which the bond on file will be treated simply as a cost bond on appeal.